# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINA BARBIER, AN INDIVIDUAL,

Appellant,

vs.

GARRISON PROPERTY AND CASUALTY, A FOREIGN CORPORATION,

Respondent.

No. 84761



FILED

DEC 06 2022

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court summary judgment order purportedly certified as final under NRCP 54(b). Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

When preliminary review of the docketing statement and documents before this court pursuant to NRAP 3(g) revealed a jurisdictional defect, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that claims remain pending below such that the challenged order is not appealable as a final judgment, and that the district court's attempted NRCP 54(b) certification was improper because it did not expressly determine that there was no just reason for delay or direct entry of a final judgment as to any claims. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment); *Hern v. Erhardt*, 113 Nev. 1330, 1334, 948 P.2d 1195, 1197 (1997); *Aldabe v. Evans*, 83 Nev. 135, 425 P.2d 598 (1967). The order to show cause cautioned appellant that failure to demonstrate that this court has jurisdiction may result in the dismissal of this appeal. Appellant's response was due to be filed on or before October 28, 2022.

22-38225

To date, appellant has failed to respond to the order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Hon. Nancy L. Allf, District Judge
Paul M. Haire, Settlement Judge
The Schnitzer Law Firm
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Eighth District Court Clerk